UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| MATTHEW WILLIAMS, | Case No. 3:19-cv-00575-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Habeas corpus Petitioner Matthew Williams has filed a motion for extension of time to pay the filing fee. (ECF No. 6). The Court will grant the motion for good cause.

It is therefore ordered that Petitioner's motion for extension of time to pay the filing fee (ECF No. 6) is granted. Petitioner shall have 45 days from the date this order is entered to have the $5.00 filing fee sent to the Clerk of Court.

DATED THIS 20th day of November 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE