UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MATTHEW WILLIAMS,

Petitioner,

v.

ISIDRO BACA, et al.,

Respondents.

Case No. 3:19-cv-00575-MMD-CLB

ORDER

Before the Court is Petitioner Matthew Williams' motion to amend his 28 U.S.C. § 2254 habeas corpus Petition. (ECF No. 12.) While Petitioner styles his filing as a motion, he sets forth the additional grounds (grounds 4-7) that he wishes to raise. The Court will grant Petitioner's motion and deem it a supplemental petition.

It is therefore ordered that Petitioner's motion to amend the petition (ECF No. 12) is granted.

It is further ordered that the Petition comprises the Petition (ECF No. 10) and the supplemental petition (ECF No. 12).

DATED THIS 16th day of January 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

1