# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MATTHEW WILLIAMS,<br><br>　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00575-MMD-CLB<br><br>ORDER |

This is Petitioner Matthew Williams' *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court are two motions by Respondents. The Court denies the motion to strike as Williams has filed another declaration of voluntary abandonment of his unexhausted claims.

Good cause appearing, it is ordered that Respondents' motion for extension of time to file an answer to the remaining claims in the petition (ECF No. 42) is granted. Respondents must file their answer within 30 days of the date of this Order.

It is further ordered that Respondents' motion to strike (ECF No. 39) is denied.

DATED THIS 2nd Day of July 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA DU, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT