UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW WILLIAMS,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:19-cv-00575-MMD-CLB<br><br>ORDER |

Before the Court is Petitioner Matthew Williams' *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court recently granted in part Respondents' motion for leave to file an exhibit *in camera* and under seal. (ECF No. 50.) The Court ordered that Williams' presentence investigation report ("PSI") be filed under seal. The Court also concluded that the PSI does not include information so sensitive that it would pose a security threat to Williams if he had a copy of the PSI in his cell. Therefore, the Court denied the request to file the PSI *in camera*. (*Id.*)

Williams has now filed a motion for a copy of the PSI. (ECF No. 51.) Respondents have offered to provide Williams a heavily redacted copy of the PSI. (ECF Nos. 47-1, 51, 52-1.) Williams responded by filing a motion for an unredacted copy of the PSI. (ECF No. 53.) This Court has already determined that it is not necessary to restrict Williams' access to the full PSI.[1] Accordingly, the Court grants Williams' two motions and directs Respondents to serve Williams with an unredacted PSI, with the exception of the redaction of his Social Security Number.

---

[1] Respondents should have already served Williams with a copy of the PSI. This may have been an oversight after the Court denied leave to file the PSI *in camera*.

It is therefore ordered that Williams' motion for production of PSI and motion for unredacted copy of PSI (ECF Nos. 51, 53) are granted. Respondents must serve Williams with a copy of his unredacted PSI within 5 days of the date of this order.

It is further ordered that Williams must file a reply in support of his petition, if any, within 30 days of the date of this order.

DATED THIS 12th Day of May 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE