UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MATTHEW WILLIAMS, | Case No. 3:19-cv-00575-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

In this 28 U.S.C. § 2254 habeas corpus case, Petitioner Matthew Williams seeks an extension of time to file a reply in support of his petition. (ECF No. 57 ("Motion").) He further states that he does not currently have a copy of his petition, which has delayed his reply. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's first motion for extension of time to file a reply in support of his petition (ECF No. 57) is granted. The deadline to file the reply is extended to July 13, 2022.

The Clerk of Court is directed to send Petitioner a courtesy copy of his petition (ECF No. 10).

DATED THIS 15th Day of June 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE